IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CAREY WAYNE PEDEN                                                   PLAINTIFF

v.                     Case No. 3:16-cv-00280 KGB/PSH

POINSETT COUNTY JAIL, *et al*                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 6). No objections have been filed, and the time for filing objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

It is, therefore, ordered that plaintiff Carey Wayne Peden's claims against the Poinsett County Jail are dismissed with prejudice.

It is so ordered this 20th day of December, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE