**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CAREY WAYNE PEDEN                                                                                  PLAINTIFF

V.                                         NO: 3:16CV00280 KGB/PSH

POINSETT COUNTY JAIL *et al*                                                              DEFENDANTS

## ORDER

Plaintiff Cary Wayne Peden filed a *pro se* complaint on October 11, 2016, and service was ordered. On December 27, 2016, the summons was returned unexecuted as to defendant Mike Kendall, who is identified as an administrator at the Poinsett County Jail. Service for Kendall was attempted at the Poinsett County Detention Center, and it is not clear why it was not accepted. Accordingly, defendant Larry Mills, Poinsett County Sheriff, is directed to file under seal, no later than 30 days after this order's entry date, Kendall's last known address, or to state if Kendall has not been an employee at the Poinsett County Detention Center.

IT IS SO ORDERED this 26th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE