**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

CAREY WAYNE PEDEN                                                                                PLAINTIFF

V.                                            NO: 3:16CV00280 KGB/PSH

POINSETT COUNTY JAIL *et al*                                                              DEFENDANTS

**ORDER**

In response to a Court order, defendant Larry Mills has provided under seal the last known address for defendant Mike Kindall.[1]  Doc. No. 14.  Accordingly, service for Kindall will be attempted at the address provided under seal.

IT IS THEREFORE ORDERED THAT:

1.    The Clerk is directed to change the style of the case to reflect the correct name of defendant Mike Kindall.

2.    The Clerk of the Court is directed to prepare a summons for Kindall, and the United States Marshal is hereby directed to serve a copy of the summons and complaint, Doc. No. 2, and this order, upon Kindall at the address provided under seal, without prepayment of fees and costs or security therefor.

DATED this 30th day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Kindall's correct name was also provided.