# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CAREY WAYNE PEDEN**                                                      **PLAINTIFF**

**V.**                          **NO: 3:16-CV-00280 PSH**

**LARRY MILLS,** *et al.*                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE